UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tammy Asklund, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10358-DRH |
| *Yvette Anctil, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 12-cv-10931-DRH |
| *Julia Jensen, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 11-cv-11151-DRH |
| *Sandra Merritt, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10519-DRH |
| *Priscilla Quackenbush, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 10-cv-10876-DRH |
| *Keylie Siler, et al. v. Bayer HealthCare Pharmaceuticals Inc. et al* | No. 11-cv-10209-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the orders and stipulations entered to date, the above captioned matters are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

                                        **BY:**   /s/*Caitlin Fischer*
                                                          **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.05.08 11:09:02 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT